## CONSENT OF PRESIDENT
## OF LEGACY ENTERPRISES OF NORTH AMERICA, LTD

The undersigned, being the President of this corporation company, hereby adopts the following resolution by signing a written consent hereto, and by the execution of this consent hereby waives any and all formalities regarding notice of time, date, place and purpose of meeting.

### **BANKRUPTCY**

RESOLVED, that Davd Faulk, President of Legacy Enterprises of North America, LTD is hereby authorized to file a bankruptcy petition under Chapter 11 of the Bankruptcy Code on behalf of this company and to take such other action as is necessary and appropriate in connection therewith, including but not limited to:

(i) the employment of The Law Offices of Oliver & Cheek, PLLC, to represent the company in that proceeding;
(ii) to execute the bankruptcy petition and all documents necessary to effectuate the foregoing;
(iii) to attend all required hearings and meetings on behalf of the company; and
(iv) to propose one or more plans and/or amendments thereto on behalf of the company.

This action is effective as of the _3_ day of October, 2024

**President**

_[signature]_
David Faulk