**AMENDED EXHIBIT B**

| | |
|---|---|
| **From:** | George Oliver |
| **To:** | keon jackson; Ruth Walker; Linda Green |
| **Subject:** | RE: Legacy Enterprises |
| **Date:** | Wednesday, January 29, 2025 9:09:03 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

My apologies, Mr. Jackson. That email was sent before I had completed it.

I am also available by phone at the number below, if you would like to call me.

Thanks,
George

George Mason Oliver
The Law Offices of Oliver & Cheek, PLLC
252-633-1930
www.olivercheek.com

**From:** George Oliver
**Sent:** Wednesday, January 29, 2025 9:08 PM
**To:** 'keon jackson' <keonjackson162@yahoo.com>; Ruth Walker <ruth@olivercheek.com>; Linda Green <linda@olivercheek.com>
**Subject:** RE: Legacy Enterprises

Mr. Jackson,

I have not received a response from you. Please reply to this email. I am also available by phone at the

Thanks,
George

George Mason Oliver
The Law Offices of Oliver & Cheek, PLLC
252-633-1930
www.olivercheek.com

**From:** George Oliver
**Sent:** Friday, January 17, 2025 10:43 AM
**To:** keon jackson <keonjackson162@yahoo.com>; Ruth Walker <ruth@olivercheek.com>; Linda Green <linda@olivercheek.com>
**Subject:** RE: Legacy Enterprises
**Importance:** High

Mr. Jackson,

Attached is the Order entered by the Bankruptcy Court yesterday. Please read it carefully and govern yourself accordingly, and note that you are personally required to by in court on February 6, 2025 in Greenville, NC.

Thanks,
George

George Mason Oliver
The Law Offices of Oliver & Cheek, PLLC
252-633-1930
www.olivercheek.com

**From:** George Oliver
**Sent:** Thursday, January 9, 2025 10:36 AM
**To:** keon jackson <keonjackson162@yahoo.com>; Ruth Walker <ruth@olivercheek.com>; Linda Green <linda@olivercheek.com>
**Subject:** RE: Legacy Enterprises
**Importance:** High

Mr. Jackson,

Please see the attached Order setting this matter for a hearing on January 15 at 10:00 am in Greenville, NC.

Thanks,
George

George Mason Oliver
The Law Offices of Oliver & Cheek, PLLC
252-633-1930
www.olivercheek.com

**From:** George Oliver <george@olivercheek.com>
**Sent:** Tuesday, November 19, 2024 5:38 AM
**To:** keon jackson <keonjackson162@yahoo.com>
**Subject:** Re: Legacy Enterprises

Thank you Keon. Do you have other documentation? A copy of the bill of sale? A copy of the check? Notice of the sale? Please send everything to me.

Thanks,

George
George Mason Oliver
The Law Offices of Oliver & Cheek, PLLC
252-633-1930
www.olivercheek.com

**From:** keon jackson <keonjackson162@yahoo.com>
**Sent:** Monday, November 18, 2024 10:32:02 PM
**To:** George Oliver <george@olivercheek.com>
**Subject:** Re: Legacy Enterprises

10:44   .ıl LTE 54

## Re:

**Crystal Stevenson**  Jul 16
To: Me

Hi Keon,

That picture is coming out a little blurry and at an angle. Can you take one straight on so I can read it a little better? I will need to send this on to the bank.

Thank you,

Crystal M. Stevenson
**VP/Office Manager**
*Cell:*    (612) 388-4123
*Office:* (651) 481-9548
*Fax:*    (651) 481-9473
          cstevenson@delta
          management.us



Excellence in service since 1999

www.deltamanagementgroup.com

*Upcoming out of office dates*: 7/18/2024 and 7/19/2024

Legal Disclaimer: This is an attempt to collect a debt and any information obtained will be used for that purpose. This is a communication from a debt collector. This message and any

attachments are for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received this communication in error, please notify the sender immediately and delete this email. Any other use of this message is prohibited.

Show trimmed content



> get your email so we can go ahead and get this matter resolved

I sincerely apologize! I got pulled in a different direction and completely forgot to text. Here is my email:

cstevenson@deltamanagement.us

Thank you!

> No problem thank you

*Wed, Jul 17 at 12:51 PM*

> Hey just checking to see if you have received the picture via email and is it a clear picture?

*Wed, Jul 17 at 3:40 PM*

Yes let me check it out and get back to you.

> Okay thanks

*Fri, Jul 26 at 12:11 PM*






To: (612) 388-4123



**2017 FREIGHTLINER CA...**

3AKJGLDRXHDHN5813

Estimated mileage — 614,623 miles
Last reported mileage — 581,623 miles in Sep 2021

Monitor this report to receive updates

Claim as my vehicle

This vehicle history report is based on information supplied to us and available as of 5/30/2024 at 04:00:10 PM. To check for updates, please rerun the report or turn on monitoring. Other information about this vehicle, such as issues relating to title, theft, damage or otherwise may not have been reported to us, so you should strongly consider a vehicle inspection, test drive and formal title search to make a more informed decision

HN5813 last 6

Fri, Jul 26 at 3:25 PM

Hey did you get it ?

Yes, thanks. I got your text and followed up with Huntington again today. I'll let you know.

Okay thanks

---

10:44    .ıl LTE 54

Re:





Sent from Yahoo Mail for iPhone

Show trimmed content ⌄









Sent from Yahoo Mail for iPhone

On Monday, November 18, 2024, 10:37 AM, George Oliver <george@olivercheek.com> wrote:

Keon,

I don't believe I received an email from you.

Thanks,

George

George Mason Oliver

The Law Offices of Oliver & Cheek, PLLC

252-633-1930

www.olivercheek.com

**From:** George Oliver
**Sent:** Thursday, November 14, 2024 2:00 PM
**To:** 'keonjackson162@yahoo.com' <keonjackson162@yahoo.com>
**Subject:** Legacy Enterprises

Keon,

Thank you for speaking with me a few minutes ago. Please send me all documentation you have regarding the truck, VIN 5813.

Thanks,

George

George M. Oliver

*Board Certified Specialist in Business Bankruptcy Law*

The Law Offices of Oliver & Cheek, PLLC

405 Middle Street

PO Box 1548

New Bern, NC 28563

252-633-1930

252-633-1950 (fax)

www.olivercheek.com

CIRCULAR 230 NOTICE: To comply with requirements by the United States Treasury Department, any information regarding any US federal tax matters contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, as advice for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. The contents of this email message may be privileged and/or confidential. If you are not the intended recipient, any review, dissemination, copying, distribution or other use of the contents of this message or any attachment by you is strictly prohibited. If you receive this communication in error, please notify us immediately by return email or by telephone (252-633-1930), and please delete this message and all attachments from your system.

Thank you.

The Law Offices of Oliver & Cheek, PLLC