UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
LEGACY ENTERPRISES OF NORTH AMERICA, LTD.
DEBTOR

CASE NO. 24-03477-5-JNC
CHAPTER 11

## MOTION FOR STATUS CONFERENCE

Now comes Attorney, Edwin Hardy on behalf of creditor RI Truck Repair, INC. and Yankee Freight Systems, LLC, and hereby respectfully moves this Court to schedule a status conference, by telephone, to discuss the following matters:

1. Debtor filed a Chapter 11 on October 4, 2024.
2. Attorney Edwin Hardy was retained to represent RI Truck Repair, INC., and Yankee Freight Systems, LLC on January 17, 2025, and a Notice of Appearance was filed with the Court;
3. Prior to Attorney being retained, a hearing on Motion for Show Cause Order was held on January 15, 2025; an Order of Contempt against RI Truck Repair, INC., and Yankee Freight Systems, LLC was entered on January 16, 2025.
4. Counsel for Yankee Freight and RC1 filed Proofs of Claim with documentation on January 17, 2025.
5. Attorney Edwin Hardy believes a status conference is necessary immediately due to the following: After listening to the audio of the hearing in front of Judge Callaway on January 15, 2025, it is my understanding that my clients were sanctioned in the amount of $3,000.00 in attorney fees to be paid to Attorney George Oliver, Attorney for Debtor; AND, additional sanctions of $300.00 per day, would be imposed IF my clients failed to A) pay attorney fees in the amount of $3,000.00 to Attorney George Oliver within (15) days from January 15, 2025 and B) pay fees in the amount of $300.00 per day, after 15

days from January 15, 2025, if the trucks are not returned to debtor.

6. My client(s) mailed a check out in the amount of $3,000.00, payable to George Oliver Attorney, on January 29, 2025, by certified mail with tracking number: 70220410000115568611.
7. In addition, debtor received all (5) signed vehicle titles from Yankee Freight and RC1 on January 31, 2025.
8. Debtor has demanded that the five (5) vehicles be delivered to Debtor in Windsor, NC.
9. The order says "return". Not "deliver".
10. Edwin Hardy attorney in the first conversation with debtor's counsel was apologetic and wanted to convey the cooperation that my clients wanted to do. While I did rhetorically say we'd deliver them anywhere, I was severely mistaken because 1) I did not realize the debtor had delivered the five (5) vehicles to my clients, and 2) that delivery was half a continent away, and 3) I, Edwin hardy, initially was under the mistaken impression that my clients had repossessed the vehicles, which is not the case.
11. George Oliver, counsel for debtors, appeared to agree to have his client go pick up the vehicles after I explained my mistake. His agreement I would consider to be in the nature of a novation.
12. If my clients had repossessed the vehicles having gone to pick them up as a repo, then I would have certainly advise my clients to deliver the vehicles to debtor because my clients would have picked them up, but that is not the case.
13. Then I received word from Mr. Oliver that his client was getting ready to go get the vehicles but refused because the Order of Contempt said "return".
14. Upon information and belief, which counsel verily believes is true. Debtor delivered the five (5) trucks to Yankee Freight and RC1 for repairs. Yankee Freight and RC1 made repairs to the vehicles.
15. Yankee Freight and RC1 filed for Mechanics Liens in Illinois where their place of business is located and where the trucks were delivered by Debtor to them.
16. Yankee Freight and RC1 conducted a mechanics lien sale according to Illinois law and with all notices required. Yankee Freight and/or RC1 then took legal possession and ownership of the vehicles after the sale was conducted and available for all bidders.
17. As new owners, they used the trucks, rebranded them, and put them on the road as

owners, registered and insured.

18. Also, Yankee Freight and RC1 applied with the appropriate licensing agency in Illinois for a title to the trucks in their businesses' names. Before the bankruptcy petition was filed by debtor. The titles were finished and printed and delivered to Yankee Freight and RC1 by the licensing agency for the State of Illinois in December of 2024.

19. The mechanics lien sale was held within 60 days prior to the Debtor filing his bankruptcy petition. Therefore, it is potentially a preferential transfer. So Yankee Freight and RC1 cooperatively signed the titles over to Debtor.

20. Attorney Edwin Hardy has been in contact with debtor's Attorney, George Oliver, and both Attorneys are available as follows:

All day on Tuesday, February 4, 2025.

Wherefore, Attorney for Creditor(s) RI Truck Repair, INC., and Yankee Freight Systems, LLC, respectfully requests that the Court grant this Motion and schedule a status conference, by telephone, at the earliest possible date available.

This the 3rd day of February 2025.

**S/ Edwin Hardy**
EDWIN HARDY
ATTORNEY FOR DEBTOR(s)
2011 West 15th Street
WASHINGTON, NC 27889
252-975-3010
STATE BAR NO. 16970

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
LEGACY ENTERPRISES OF NORTH AMERICA, LTD.
DEBTOR

CASE NO. 24-03477-5-JNC
CHAPTER 11

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Status Conference and Certificate of Service was served on the debtor(s), trustee and creditors at their last known address with sufficient postage thereon.

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, N.C. 27602

U.S. Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

**Joseph Z Frost**
Buckmiller, Boyette & Frost, PLLC
Trustee
4700 Six Forks Road
Suite 150
27609
Raleigh, NC 27615

**George M. Oliver**
The Law Offices of Oliver & Cheek, PLLC
Attorney for Debtor
PO Box 1548
New Bern, NC 28563
252 633-1930
Fax : 252 633-1950
Email: efile@ofc-law.com

And to all parties (See attached mailing matrix) such as an officer, a managing agent or general agent, or to any other agent authorized to receive service or process, as required by Rule 7004 (b) (3), Federal Rules of Bankruptcy Procedure by depositing such in the U.S. Postal Service in a postage paid and properly addressed envelope to the parties' last known address pursuant to Rule 5 of the Federal Rules of Civil Procedure.

This the 3rd day of February 2025

S/ Edwin Hardy
EDWIN HARDY
ATTORNEY FOR DEBTOR (S)
2011 WEST 15TH STREET
WASHINGTON, NC 27889
TELEPHONE: 252-975-3010
STATE BAR NO. 16970

LEGACY ENTERPRISES OF NORTH AMERICA
809 TAYLOR STREET
WINDSOR, NC 27983

GEORGE MASON OLIVER
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN: MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ARIEL BOUSKILA, ESQ.
BERKOVITCH & BOUSKILA, PLLC
1545 U.S. 202, SUITE 101
POMONA, NY 10970

BMO HARRIS BANK N.A.
ATTN: MANAGING AGENT
320 S. CANAL
CHICAGO, IL 60606

CAINE & WEINER
ATTN: MANAGING AGENT
338 HARRIS HILL ROAD #206
BUFFALO, NY 14221

DAIMLER TRUCK FINANCIAL
ATTN: MANAGING AGENT
14372 HERITAGE PARKWAY SUITE
FORT WORTH, TX 76177

DAVID A. FAULK
809 TAYLOR ST.
WINDSOR, NC 27983

ELKHANIA SNEED
306 MAHONE CT.
TROY, AL 36081

FIRST-CITIZENS BANK & TRUST
C/O LOAN SERVICING DEPARTM
P.O. BOX 26592
RALEIGH, NC 27611-6592

JEFF STANDLEY
869 MARY'S GROVE RD.
CAMDEN, SC 29021

LILLIAN JANE FAULK
809 TAYLOR ST.
WINDSOR, NC 27983

R1 TRUCK REPAIR
ATTN: MANAGING AGENT
2717 S 13TH AVE.
BROADVIEW, IL 60155

SBA
ATTN: MANAGING AGENT
1835 ASSEMBLY ST., STE 1425
COLUMBIA, SC 29201

SMART BUSINESS LENDER
366 N BROADWAY JERICHO
JERICHO, NY 11753

THE GARAGE
ATTN: MANAGING AGENT
2174 LAMAR AVE.
MEMPHIS, TN 38114

THE HUNTINGTON NATIONAL BANK
ATTN: MANAGING AGENT
11110 WAYZATA BLVD., SUITE 700
HOPKINS, MN 55305

TRAVIS REGINATO
809 TAYLOR ST.
WINDSOR, NC 27983

TYRONE PATTERSON
415 ODILE ST.
LAFAYETTE, LA 70501

V.A. TRUCK AND TRAILER REPAIR, LLC
ATTN: MANAGING AGENT
111 BRICK STONE LANDING ROAD
SMYRNA, DE 19977

VELOCITY TRUCK CENTERS RENO
ATTN: MANAGING AGENT
1550 S MCCARRAN BLVD
SPARKS, NV 89431

WORLD BUSINESS LENDERS
ATTN: MANAGING AGENT
150 CLEARBROOK RD. SUITE 125
ELMSFORD, NY 10523

YANKEE FREIGHT SYSTEMS LLC
ATTN: MANAGING AGENT
2717 S 13TH AVE
BROADVIEW, IL 60155