VAN–091 Order and Notice for Telephone Status Conference – Rev. 11/08/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Legacy Enterprises of North America, LTD
809 Taylor Street
Windsor, NC 27983

CASE NO.: 24–03477–5–JNC

DATE FILED: October 4, 2024

TaxID: 45–2431716

CHAPTER: 11

ORDER AND NOTICE FOR TELEPHONE STATUS CONFERENCE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the Movant's motion for status conference is allowed as indicated below:

DATE: Tuesday, February 4, 2025
TIME: 02:00 PM

The status conference will involve the following parties:

Judge Joseph N. Callaway
George M. Oliver
Edwin M. Hardy
Interested Parties

To join the conference call, please dial 1–888–273–3658 and enter the access code 3113071#. If asked, please do not join the conference call as the host, instead, press the # key and wait for the conference to begin. The AT & T operator will ask you to state your name when the conference is about to begin.

Meeting ID: 161 709 1310

DATED: February 4, 2025

Joseph N. Callaway
United States Bankruptcy Judge