UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| LEGACY ENTERPRISES OF | Case No.: 24-03477-5-JNC |
| NORTH AMERICA, LTD | |
|     Debtor | |

### SECOND STATUS REPORT REGARDING YANKEE'S AND R1'S COMPLIANCE WITH PRIOR ORDERS OF THIS COURT

NOW COMES Legacy Enterprises of North America, LTD ("Debtor") by and through undersigned counsel of record, pursuant to this Court's Second Order Regarding Continued of Yankee and R1 ("Order") [Doc. No. 78], and respectfully submits to the Court this second status report as to R1 Truck Repair, Inc. ("R1") and Yankee Freight, LLCs' ("Yankee") (collectively referred to herein as "Possessing Parties") complying with this Court's Order Granting Motion for Turnover of Property of the Bankruptcy Estate ("Turnover Order") [Doc. No. 38], and Order of Contempt as to Yankee and R1 and Directing Further Show Cause Hearing ("Show Cause Order") [Doc. No. 57]. In support thereof, Debtor shows unto the court the following:

1. On February 7, 2025, this court served counsel for Possessing Parties with the Order via CM/ECF [Doc. No. 78].

2. Pursuant to said Order, Possessing Parties were directed to do the following:

    a. Pay an assessment of $6,300.00 and a further contempt assessment of $13,363.00 to Debtor by 5:00 p.m. on February 13, 2025; and

    b. Repair and return to operating conditions the remaining four trucks on or before February 13, 2025, to wit:

        i. 3AKJGLDR6HDHN5808,

        ii. 3AKJGLDR4HDHN5810,

      iii.  3AKJGLDR8HDHN5812, and

      iv.  3AKJGLDR8HSHU4059.

  3.  On February 13, 2025, counsel for Debtor received checks from Possessing Parties in the amounts of $6,300.00 and $13,363.00 representing the assessments required by the Order.

  4.  Counsel for Possessing Parties has informed undersigned counsel that the Trucks are in road-ready condition.

  4.  Debtor has not yet been able to inspect the Trucks since the Order was entered. Mr. Faulk is scheduled to do so by March 3, 2025. At that time, Debtor will file a supplement to this report if necessary due to the condition of the Trucks.

  This the 19th day of February, 2025.

                s/George Mason Oliver
                GEORGE MASON OLIVER
                N.C. State Bar No. 26587
                THE LAW OFFICES OF
                OLIVER & CHEEK, PLLC
                PO Box 1548
                New Bern, NC 28563
                (252) 633-1930
                (252) 633-1950 (fax)
                Email: george@olivercheek.com
                *Attorney for Debtor*

# **CERTIFICATE OF SERVICE**

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 19th day of February, 2025, I served copies of the foregoing Second Status Report on the parties listed below via CM/ECF or U.S. Mail, First Class, sufficient postage pre-paid, as indicated; and

I certify under penalty of perjury that the foregoing is true and correct.

This the 19th day of February, 2025.

                                                                     The Law Offices of Oliver & Cheek, PLLC

                                           By:    <u>s/George M. Oliver</u>
                                                             George M. Oliver
                                                              N.C. State Bar No. 26587
                                                              Email:  george@olivercheek.com
                                                               PO Box 1548
                                                               New Bern, NC  28563
                                                               Telephone: (252) 633-1930
                                                               Facsimile:  (252) 633-1950
                                                               *Attorneys for the Debtor*

To:
| | |
|---|---|
| Bankruptcy Administrator | (via CM/ECF) |
| | |
| Joseph Z. Frost | (via CM/ECF) |
| *Sub Chapter V Trustee* | |
| | |
| Edwin M. Hardy | (via CM/ECF) |
| *Attorney for Yankee Freight Systems, LLC & R1 Truck Repair* | |