UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

In the Matter of:  
LEGACY ENTERPRISES OF  
NORTH AMERICA, LTD  
    Debtor

Chapter 11  
Case No.: 24-03477-5-JNC

### STATUS REPORT REGARDING YANKEE'S AND R1'S COMPLIANCE WITH PRIOR ORDERS OF THIS COURT

NOW COMES Legacy Enterprises of North America, LTD ("Debtor") by and through undersigned counsel of record, pursuant to this Court's Consent Order Resolving Yankee's and R1's Compliance with Prior Orders of This Court, ("Order") [Doc. No. 101], and respectfully submits to the Court this status report as to R1 Truck Repair, Inc. ("R1") and Yankee Freight, LLCs' ("Yankee") (collectively referred to herein as "Possessing Parties") failure to comply with this Court's Order. In support thereof, Debtor shows unto the court the following:

    1.    On April 3, 2025, this Court entered its Order [Doc. No. 101] directing the Possessing Parties to title the 2015 Cascadia freightliner truck ending in VIN 1203 ("2015 C Freightliner") in Debtor's name and to deliver the title free and clear within five (5) days of entry of the Court's Order.

    2.    Subsequent to the entry of the Order, counsel for the parties discussed arrangements for the transfer and delivery of the title of the 2015 C Freightliner to Debtor.

    3.    Debtor's counsel has participated in several discussions with counsel for Possessing Parties via electronic mail and telephone conferences since the entry of this Court's Order, requesting updates to the status of the Possessing Parties' actions in complying with this Court's Order to no avail.

    4.    To date, Debtor has not received the title for the 2015 C Freightliner from the

Possessing Parties, and counsel for Possessing Parties has not responded to counsel for Debtor's most recent attempts at communication.

      This the 17th day of April, 2025.

s/George Mason Oliver
GEORGE MASON OLIVER
N.C. State Bar No. 26587
THE LAW OFFICES OF
GEORGE OLIVER, PLLC
PO Box 1548
New Bern, NC 28563
(252) 633-1930
(252) 633-1950 (fax)
Email: george@georgeoliverlaw.com
*Attorney for Debtor*

## **CERTIFICATE OF SERVICE**

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 17th day of April, 2025, I served copies of the foregoing on the parties listed below via CM/ECF or U.S. Mail, First Class, sufficient postage pre-paid, as indicated; and

I certify under penalty of perjury that the foregoing is true and correct.

This the 17th day of April, 2025.

                The Law Offices of George Oliver, PLLC

By:    s/George M. Oliver
         George M. Oliver
         N.C. State Bar No. 26587
         Email: george@georgeoliverlaw.com
         PO Box 1548
         New Bern, NC  28563
         Telephone: (252) 633-1930
         Facsimile: (252) 633-1950
         *Attorney for the Debtor*

To:
Bankruptcy Administrator              (via CM/ECF)

Joseph Z. Frost                        (via CM/ECF)
*Sub Chapter V Trustee*

Edwin M. Hardy                     (via CM/ECF)
*Attorney for Yankee Freight*
*Systems, LLC & R1 Truck Repair*