**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| **In the Matter of:** | **Chapter 11** |
| **LEGACY ENTERPRISES OF** | **Case No.: 24-03477-5-JNC** |
| **NORTH AMERICA, LTD** | |
|     **Debtor** | |

## STATUS REPORT REGARDING NON-COMPLIANCE WITH PRIOR ORDERS OF THIS COURT

NOW COMES Legacy Enterprises of North America, LTD ("Debtor") by and through undersigned counsel of record, pursuant to this Court's Order Finding Contempt of Court ("Order") [Doc. No. 107] as to The Garage, LLC ("Garage") and Mr. Keon Jackson ("Jackson"), and respectfully submits to the Court this status report as to Garage's and Jackson's failure to comply with this Court's Order. In support thereof, Debtor shows unto the court the following:

1.    On April 10, 2025, Debtor served Garage and Jackson with the Order via United Parcel Service Overnight [Doc. No. 108]. Additionally, Debtor's counsel emailed the Order to Jackson on April 10, 2025.

2.    On April 11, 2025, The United Parcel Service Overnight package was delivered to Jackson's address. A true and accurate copy of the proof of delivery is attached hereto as **Exhibit A**. No other mailings previously sent to Jackson's address have been returned to Debtor's Counsel. The email sent to Jackson was not returned.

3.    To date Debtor has not received any payments from either The Garage or Jackson for sanctions ordered by this Court.

This the 21st day of April, 2025.

The Law Offices of George Oliver, PLLC

By: s/George M. Oliver
George M. Oliver

N.C. State Bar No. 26587
Email:  george@georgeoliverlaw.com
PO Box 1548
New Bern, NC  28563
Telephone: (252) 633-1930
Facsimile:  (252) 633-1950
*Attorney for the Debtor*

EXHIBIT A

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1ZAT03790192518345

Service

UPS Next Day Air®

Shipped / Billed On

04/10/2025

Delivered On

04/11/2025 11:36 A.M.

Delivered To

MEMPHIS, TN, US
Left At

Met Customer

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 04/17/2025 2:47 P.M. EST

## <u>CERTIFICATE OF SERVICE</u>

I, George Mason Oliver, Post Office Box 1548, New Bern, North Carolina 28563, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 21st of April, 2025, I served copies of the foregoing on the parties listed below via CM/ECF or electronic mail, as indicated; and

I certify under penalty of perjury that the foregoing is true and correct.

This the 21st of April, 2025.

The Law Offices of George Oliver, PLLC

By: <u>s/George M. Oliver</u>
George M. Oliver
N.C. State Bar No. 26587
Email:  george@georgeoliverlaw.com
PO Box 1548
New Bern, NC  28563
Telephone: (252) 633-1930
Facsimile:  (252) 633-1950
*Attorney for the Debtor*

To:
Bankruptcy Administrator     (via CM/ECF)

Joseph Z. Frost                     (via CM/ECF)
*Sub Chapter V Trustee*

The Garage                        (via Electronic Mail)
Attn: Keon Jackson
Keonjackson162@yahoo.com