**Court case with Legacy enterprise**

KJ  **Me**  Apr 21
To: Sharon_angel@nceb.uscourts.gov

Good morning I'm reaching out to verify that the semi truck for legacy enterprise of North America was supposed to pick their vehicle on 4/18/2025 @5pm 10 days per the court as stated in the letter that was sent to me , I have not heard anything from Mr. Oliver or his Debtor David Faulkner. The truck is still in my possession and hasn't been retrieved yet,VIN 3AKJGLDRXHDHN5813

Case No.:24-03477-5-JNC





**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**GREENVILLE DIVISION**

In the Matter of:  Chapter 11
**LEGACY ENTERPRISES OF**  Case No.: 24-03477-5-JNC
**NORTH AMERICA, LTD**
Debtor

**STATUS REPORT REGARDING NON-COMPLIANCE WITH PRIOR ORDERS OF THIS COURT**

NOW COMES Legacy Enterprises of North America, LTD ("Debtor") by and through undersigned counsel of record, pursuant to this Court's Order Finding Contempt of Court ("Order") [Doc. No. 107] as to The Garage, LLC ("Garage") and Mr. Keon Jackson ("Jackson"), and respectfully submits to the Court this status report as to Garage's and Jackson's failure to comply with this Court's Order. In support thereof, Debtor shows unto the court the following:

1. On April 10, 2025, Debtor served Garage and Jackson with the Order via United Parcel Service Overnight [Doc. No. 108]. Additionally, Debtor's counsel emailed the Order to Jackson on April 10, 2025.

2. On April 11, 2025, The United Parcel Service Overnight package was delivered to Jackson's address. A true and accurate copy of the proof of delivery is attached hereto as **Exhibit A**. No other mailings previously sent to Jackson's address have been returned to Debtor's Counsel. The email sent to Jackson was not returned.

3. To date Debtor has not received any payments from either The Garage or Jackson for sanctions ordered by this Court.

This the 21st day of April, 2025.

The Law Offices of George Oliver, PLLC

By: s/George M. Oliver
George M. Oliver

N.C. State Bar No. 26587
Email: george@georgeoliverlaw.com
PO Box 1548
New Bern, NC 28563
Telephone: (252) 633-1930
Facsimile: (252) 633-1950
*Attorney for the Debtor*