VAN–124 Order Continuing Hearing – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Legacy Enterprises of North America, LTD
 ( debtor has no known aliases )
809 Taylor Street
Windsor, NC 27983

TaxID: 45–2431716

CASE NO.: 24–03477–5–JNC

DATE FILED: October 4, 2024

CHAPTER: 11

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Tuesday, June 3, 2025
TIME:     02:00 PM
PLACE:    Randy D. Doub United States Courthouse, 2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Confirmation Hearing

and to transact all other business as may properly come before the court.

A certificate of service must be filed by the attorney for the debtor(s) evidencing service on all creditors by the following date: 5/2/2025

DATED: April 29, 2025

Joseph N. Callaway
United States Bankruptcy Judge