UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:  
LEGACY ENTERPRISES OF NORTH AMERICA, LTD  
DEBTOR

CASE NO. 24-03477-5-JNC  
CHAPTER 11

## MOTION TO WITHDRAW AS ATTORNEY FOR R1 TRUCK REPAIR, INC. (R1)

Attorney filed a Notice of Appearance with the U.S. Bankruptcy Court on January 17, 2025, Docket Entry # 60, on behalf of R1 Truck Repair, Inc. (R1), a creditor and party of interest in the above entitled case. Attorney has completed representation of R1 Truck Repair, Inc. (R1) and asks to be removed as attorney of record.

This 6th day of May 2025

S/ Edwin M. Hardy  
Edwin M. Hardy  
Attorney for R1 Truck Repair, Inc. (R1)  
2011 West 15th Street  
Washington, NC 27889  
Telephone: 252-975-3010  
N.C. State Bar No. 16970

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:
LEGACY ENTERPRISES OF NORTH AMERICA, LTD.
DEBTOR(S)                       CASE NO. 24-03477-5-JNC
                                CHAPTER 11

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Withdraw as Attorney for RI Truck Repair, Inc., (R1) and Certificate of Service was served on the debtor(s) and trustee, at their last known address with sufficient postage thereon.

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, N.C. 27602

U.S. Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

**George M. Oliver**
The Law Offices of George Oliver, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
Email: efile@ofc-law.com

**Joseph Z Frost**
Buckmiller, Boyette & Frost, PLLC
4700 Six Forks Road
Suite 150
27609
Raleigh, NC 27615
919-296-5040
Fax : 919-977-7101
Email: jfrost@bbflawfirm.com

**Legacy Enterprises of North America, LTD**
809 Taylor Street
Windsor, NC 27983

R1 TRUCK REPAIR, INC., (R1)
Attn: Managing Agent or Officer
2717 S. 13TH AVENUE
BROADVIEW, IL 60155

Yankee Freight Systems, LLC
Attn: Managing Agent or Officer
2717 S. 13TH AVENUE
BROADVIEW, IL 60155

And to all parties (See attached mailing matrix) such as an officer, a managing agent or general agent, or to any other agent authorized to receive service or process, as required by Rule 7004 (b) (3), Federal Rules of Bankruptcy Procedure by depositing such in the U.S. Postal Service in a postage paid and properly addressed envelope to the parties' last known address pursuant to Rule 5 of the Federal Rules of Civil Procedure.

This the 6th day of May 2025

S/ Edwin Hardy
EDWIN HARDY
ATTORNEY FOR DEBTOR (S)
2011 WEST 15TH STREET
WASHINGTON, NC 27889
TELEPHONE: 252-975-3010
STATE BAR NO. 16970

| | | |
|---|---|---|
| LEGACY ENTERPRISES OF NORTH AMERICA<br>809 TAYLOR STREET<br>WINDSOR, NC 27983 | GEORGE MASON OLIVER<br>THE LAW OFFICES OF<br>OLIVER & CHEEK, PLLC<br>PO BOX 1548<br>NEW BERN, NC 28563 | SECRETARY OF TREASURY<br>ATTN: MANAGING AGENT<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |
| UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET<br>SUITE 2100<br>RALEIGH, NC 27601 | US SECURITIES & EXCHANGE<br>ATTN: MANAGER OR AGENT<br>950 E. PACES FERRY RD., NE STE 900<br>ATLANTA, GA 30326-1382 | NC DEPT OF COMMERCE<br>ATTN: SHARON A. JOHNSTON<br>PO BOX 25903<br>RALEIGH, NC 27611 |
| NC DEPT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 1168<br>RALEIGH, NC 27602-1168 | INTERNAL REVENUE SERVICE<br>ATTN: MANAGER OR AGENT<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ARIEL BOUSKILA, ESQ.<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 U.S. 202, SUITE 101<br>POMONA, NY 10970 |
| BMO HARRIS BANK N.A.<br>ATTN: MANAGING AGENT<br>320 S. CANAL<br>CHICAGO, IL 60606 | CAINE & WEINER<br>ATTN: MANAGING AGENT<br>338 HARRIS HILL ROAD #206<br>BUFFALO, NY 14221 | DAIMLER TRUCK FINANCIAL<br>ATTN: MANAGING AGENT<br>14372 HERITAGE PARKWAY SUITE<br>FORT WORTH, TX 76177 |
| DAVID A. FAULK<br>809 TAYLOR ST.<br>WINDSOR, NC 27983 | ELKHANIA SNEED<br>306 MAHONE CT.<br>TROY, AL 36081 | FIRST-CITIZENS BANK & TRUSTC<br>C/O LOAN SERVICING DEPARTM<br>P.O. BOX 26592<br>RALEIGH, NC 27611-6592 |
| JEFF STANDLEY<br>869 MARY'S GROVE RD.<br>CAMDEN, SC 29021 | LILLIAN JANE FAULK<br>809 TAYLOR ST.<br>WINDSOR, NC 27983 | R1 TRUCK REPAIR<br>ATTN: MANAGING AGENT<br>2717 S 13TH AVE.<br>BROADVIEW, IL 60155 |
| SBA<br>ATTN: MANAGING AGENT<br>1835 ASSEMBLY ST., STE 1425<br>COLUMBIA, SC 29201 | SMART BUSINESS LENDER<br>366 N BROADWAY JERICHO<br>JERICHO, NY 11753 | THE GARAGE<br>ATTN: MANAGING AGENT<br>2174 LAMAR AVE.<br>MEMPHIS, TN 38114 |
| THE HUNTINGTON NATIONAL BANK<br>ATTN: MANAGING AGENT<br>11110 WAYZATA BLVD., SUITE 700<br>HOPKINS, MN 55305 | TRAVIS REGINATO<br>809 TAYLOR ST.<br>WINDSOR, NC 27983 | TYRONE PATTERSON<br>415 ODILE ST.<br>LAFAYETTE, LA 70501 |
| V.A. TRUCK AND TRAILER REPAIR, LLC<br>ATTN: MANAGING AGENT<br>111 BRICK STONE LANDING ROAD<br>SMYRNA, DE 19977 | VELOCITY TRUCK CENTERS RENO<br>ATTN: MANAGING AGENT<br>1550 S MCCARRAN BLVD<br>SPARKS, NV 89431 | WORLD BUSINESS LENDERS<br>ATTN: MANAGING AGENT<br>150 CLEARBROOK RD. SUITE 125<br>ELMSFORD, NY 10523 |

YANKEE FREIGHT SYSTEMS LLC
ATTN: MANAGING AGENT
2717 S13TH AVE
BROADVIEW, IL 60155